JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MONTAGUE, | Case No. CV 06-5451 AN |
| Plaintiff, | JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

For the reasons set forth in the accompanying memorandum and order, it is hereby ADJUDGED AND DECREED THAT the Commissioner's final decision is affirmed and this action is dismissed with prejudice.

DATED: February 4, 2008      /s/ ARTHUR NAKAZATO
　　　　　　　　　　　　　　　ARTHUR NAKAZATO
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE